United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

07-cv-00611-EWN

May 16, 2007

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2007

GREGORY C. LANGHAM
CLERK

Re: MDL 1742 Ortho Evra Products Liability Litigation

Transfer of Civil Cases
Gibson v Johnson & Johnson

CO#
1:07-611

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-38) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case number will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By *(signature)*
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

A CERTIFIED TRUE COPY

MAY - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

2007 MAY 16 AM 9:03

NORTHERN DISTRICT COURT
DOCKET NO. 1742
CLEVELAND OHIO

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-38)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 512 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: Jennifer Surlinski
Deputy Clerk

# SCHEDULE CTO-38 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 07-258 | Revonda Lynn Gaddis v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE 5 07-69 | Tarnisha Latrice Gibson v. Johnson & Johnson, et al. |
| **COLORADO** | |
| CO 1 07-611 | Lisa Hamlin v. Johnson & Johnson, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-189 | Chasdity Brewer, et al. v. Johnson & Johnson, et al. |
| **MASSACHUSETTS** | |
| MA 1 07-10545 | Nicole Jenny Holliday, et al. v. Johnson & Johnson, et al. |
| **MARYLAND** | |
| MD 8 07-680 | Jennifer Davis v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN 0 07-1542 | Amy Lucid v. Johnson & Johnson, et al. |
| MN 0 07-1720 | Sandra Murphy v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN 0 07-1757 | Rachel Lynn Spaulding v. Johnson & Johnson, et al. |
| MN 0 07-1758 | Angelica Maria Silva v. Johnson & Johnson, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 07-164 | Angela Massey v. Johnson & Johnson, et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 5 07-107 | Anita Adams, et al. v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ 2 06-5412 | Jodi Gee v. Johnson & Johnson, et al. |
| NJ 2 06-5562 | Deborah Riegel v. Johnson & Johnson, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-2253 | Nicole Milan v. Johnson & Johnson, et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 07-189 | Kanesha Page v. Johnson & Johnson, et al. |
| **TEXAS WESTERN** | |
| TXW 6 07-93 | Teresa Johnson v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 07-260 | Jessica Groenke v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| WIE 2 07-263 | Kurtina Hicks v. Johnson & Johnson, et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 07-156 | Michelle Sterling v. Johnson & Johnson, et al. |